UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MARCUS HOPER SR.,**

      **Plaintiff,**

**v.**                                                                          **Case No. 6:26-cv-241-CEM-DCI**

**RICK SCOTT, PAMELA BONDI,
ANNE COFFIN, JIM ZINGALE,
ASHLEY MOODY, RON
DESANTIS, ADAM CALLAWAY,
J. ALEX KELLY, and KRIS
LONKANI,**

      **Defendants.**

                                /

## ORDER

THIS CAUSE is before the Court on Defendants' Motion to Remand ("Motion," Doc. 13). The United States Magistrate Judge issued a Report and Recommendation ("R&R," Doc. 14), recommending that the Motion be granted. Plaintiff filed a Notice of Removal (Doc. 15) in response, which the Court construes as an Objection.

Pursuant to 28 U.S.C. § 636(b)(1), when a party makes a timely objection, the Court shall review *de novo* any portions of a magistrate judge's R&R concerning specific proposed findings or recommendations to which an objection is made. *See also* Fed. R. Civ. P. 72(b)(3). *De novo* review "require[s] independent consideration

of factual issues based on the record." *Jeffrey S. v. State Bd. of Educ. of Ga.*, 896 F.2d 507, 513 (11th Cir. 1990) (per curiam). The district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1).

The Objection appears to be an effort to cure Plaintiff's failure to comply with the procedural requirements of removal. However, Plaintiff does not address the larger analysis in the R&R, which explains that only Defendants are allowed to remove a case to federal court. (Doc. 14 at 1–2). Because Plaintiff did not object to this analysis, the Court need not conduct a *de novo* review. But, if it were to do so, the Court agrees with the analysis in the R&R.

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 14) is **ADOPTED** and made a part of this Order.

2. Defendants' Motion to Remand (Doc. 13) is **GRANTED**.

3. This case is **REMANDED** to the Eighteenth Judicial Circuit in and for Brevard County, Florida, Case No. 2025-CA-56516.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on April 27, 2026.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party